CHARLENE MCLEAN, as Mother and Natural Guardian of BRIANA HALL, an Infant, et al., Respondents, v CITY OF NEW YORK, Appellant, et al., Defendants.

Submitted December 22, 2008; decided January 20, 2009

Motion to vacate preclusion order granted.

MOTHER ZION TENANT ASSOCIATION et al., Appellants, v SHAUN DONOVAN, as Commissioner of the New York City Department of Housing Preservation and Development, Respondent, et al., Respondent.

Submitted December 1, 2008; decided January 20, 2009

Motion, insofar as it seeks leave to appeal as against Shaun Donovan, as Commissioner of the New York City Department of Housing Preservation and Development, dismissed as untimely; motion, insofar as it seeks leave to appeal as against Mother Zion Associates, L.P., denied.

NEW YORK COALITION FOR QUALITY ASSISTED LIVING, INC., et al., Appellants, v ANTONIA C. NOVELLO, as Commissioner of Health, Respondent.

Submitted January 12, 2009; decided January 20, 2009

Motion by Empire State Association of Assisted Living, Inc. for leave to file a memorandum of law amicus curiae on the motion for leave to appeal herein granted and the memorandum of law is accepted as filed.